UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

OPEN ACCESS FOR ALL, INC., )
)
    *Plaintiff,* )
) Civil Action No. 1:17-cv-23828-KMW
v. )
)
FRONT GATE TICKETING SOLUTIONS, LLC )
d/b/a III Points Festival and )
www.iiipoints.com, )
)
    *Defendant.* )
_____/ )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  FRONT GATE TICKETING SOLUTIONS, LLC
Corporate Creations Network Inc., as Registered Agent
3411 Silverside Road, Tatnall Building Suite 104
Wilmington, Delaware 19810

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Scott R. Dinin, Esq.
    Law Offices of Scott R. Dinin, P.A.
    4200 NW 7th Avenue
    Miami, Florida 33127
    Tel: (786) 431-1333
    E-mail: inbox@dininlaw.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

Date: 10/19/2017

**SUMMONS**

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts